UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-09783-AB (MARx) | Date: | March 7, 2024 |
|---|---|---|---|

Title: *Productivity Store Inc. v. Quanzhou Shanke Tranding Co., Ltd. et al*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER TO SHOW CAUSE

Plaintiff, Productivity Store Inc. ("Plaintiff"), filed a Complaint on November 16, 2023, against Defendant Quanzhou Shanke Tranding Co., Ltd. et al ("Defendant"). Dkt. 1. To date, no proof of service has been filed. Furthermore, Plaintiff has appeared *pro se*, with Phillippe Sinh Chau as the signatory. Corporations cannot appear *pro se*. See L.R. 83-2.2.2 ("No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court…")

If Plaintiff wishes to proceed with this litigation, Plaintiff must retain counsel by **May 7, 2024,** or this case will be dismissed.

**IT IS SO ORDERED**.