JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Productivity Store Inc., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Quanzhou Shanke Tranding Co., Ltd,<br><br>　　　　　Defendants. | Case No. 2:23-cv-09783-AB-MAR<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

On March 7, 2024, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required action curing the lack of proof of service and Plaintiff's, a corporation, lack of counsel by May 7, 2024. No response has been filed with the Court indicating proof of service or that Plaintiff has retained counsel.

IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated:  May 30, 2024

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE